# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CAROL WINGFIELD, | Case No.: 2:19-cv-00815-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 6) |
| GREEN KEY SOLUTIONS, LLC, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff Carol Wingfield's motion for extension of time within which to serve summons and complaint. Docket No. 6. Plaintiff seeks a 30-day extension for Plaintiff to serve the complaint and summons on Defendants. *Id.* at 2. The Court finds Plaintiff's motion properly resolved without a hearing. *See* Local Rule 78-2. The Court **GRANTS** the motion. Plaintiff must serve the complaint and summons on Defendants no later than October 14, 2019.

IT IS SO ORDERED.

Dated: September 10, 2019

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge