| | |
|---|---|
| 1 | **JENNY L. FOLEY, Ph.D., ESQ.** |
| | Nevada Bar No. 9017 |
| 2 | E-mail: jfoley@hkm.com |
| | **MARTA D. KURSHUMOVA, ESQ.** |
| 3 | Nevada Bar No. 14728 |
| 4 | E-mail: mkurshumova@hkm.com |
| | **HKM EMPLOYMENT ATTORNEYS LLP** |
| 5 | 1785 East Sahara, Suite 300 |
| | Las Vegas, Nevada 89104 |
| 6 | Tel: (702) 625-3893 |
| 7 | Fax: (702) 625-3893 |
| | E-mail: jfoley@hkm.com |
| 8 | Attorneys for Plaintiff |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CAROL WINGFIELD, | Case No. 2:19-cv-00815-JCM-NJK |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| GREEN KEY SOLUTIONS, LLC, a Foreign Limited Liability Company; HEALTHCARE PARTNERS OF NEVADA, LLC, a Domestic Limited Liability Company; HEALTHCARE PARTNERS MEDICAL GROUP (COATS), LTD., a Domestic Professional Corporation; DAVITA MEDICAL GROUP; DAVITA CLINICAL RESEARCH; DOES I-X; and ROE CORPORATIONS I-X, | |
| Defendants. | |

///

///

///

Pursuant to Rule 41(a)(1)(A)(i) of the Nevada Rules of Civil Procedure, Plaintiff CAROL WINGFIELD hereby voluntarily dismisses her Complaint in this action **with prejudice**. No Defendant has appeared in the action or answered the Complaint.

Dated this 17th day of December 2019.

                HKM EMPLOYMENT ATTORNEYS, LLP

                */s/ Jenny L. Foley*
                JENNY L. FOLEY, Ph.D., Esq.
                Nevada Bar No. 9017
                1785 East Sahara, Suite 300
                Las Vegas, Nevada 89104
                Tel: (702) 577-3029
                Fax: (702) 625-3893
                E-mail: jfoley@hkm.com
                Attorney for Plaintiff

## **ORDER**

IT IS SO ORDERED:

DATED December 20, 2019.

_____
UNITED STATES DISTRICT JUDGE